```
              DISTRICT COURT OF THE VIRGIN ISLANDS
                DIVISION OF ST. THOMAS AND ST. JOHN

UNITED STATES OF AMERICA,          )
                                   )
            Plaintiff,             )
                                   )
      v.                           )    Criminal No. 2018-30
                                   )
PAUL GIRARD, SHAQUAN PRENTICE,     )
ROBERT BROWN, WAHILLI JAMES,       )
SHAQUIELLE CORREA, JAMES CRUZ,     )
KAREEM HARRY, TYLER EUGENE,        )
ETHERNEAL SIMON, SHERMYRA GUMBS,   )
WAYNE BELLILLE,                    )
                                   )
            Defendants.            )
```

**ATTORNEYS:**

**Gretchen C.F. Shappert, United States Attorney**
**George A Massucco-LaTaif, AUSA**
**Meredith Jean Edwards, AUSA**
**Juan Albino, AUSA**
United States Attorney's Office
St. Thomas, U.S.V.I.
**Alphonso G. Andrews, AUSA**
United States Attorney's Office
Christiansted, U.S.V.I.
   *For the United States of America,*

**Ryan W. Greene**
St. Thomas, U.S.V.I.
   *For Paul Girard,*

**Adriane J. Dudley**
**Malorie Diaz**
Dudley Rich Davis LLP
St. Thomas, U.S.V.I.
   *For Shaquan Prentice,*

**Renee Marie Andre**
Law Offices of Marjorie Rawls-Roberts PC
St. Thomas, U.S.V.I.
   *For Robert Brown,*

*United States v. Girard, et al.*
Criminal No. 2018-30
Order
Page 2

**Alex Omar Rosa-Ambert**
Rosa-Ambert Law Offices
San Juan, PR
    *For Wahilli James,*

**Jason Gonzalez-Delgado**
Hato Rey, PR
    *For Shaquielle Correa,*

**Miguel Oppenheimer**
San Juan, PR
    *For James Cruz,*

**Kye Walker**
St. Croix, U.S.V.I.
**Frantz J. McLawrence**
The McLawrence Law Firm
Fort Lauderdale, Fl
    *For Kareem Harry,*

**Richard F. Farrelly**
Law Offices of Birch DeJongh & Hindels PLLC
St. Thomas, U.S.V.I.
    *For Tyler Eugene,*

**Richard H. Dollison**
**Michall Joseph LaRochell**
Law Offices of Richard H. Dollison PC
St. Thomas, U.S.V.I.
    *For Etherneal Simon,*

**Kendys Pimentel-Soto**
Kendys Pimentel-Soto Law Office LLC
San Juan, PR
    *For Shermyra Gumbs,*

**Alexander Golubitsky**
Alex Golubitsky P.C.
St. Thomas, U.S.V.I.
    *For Wayne Bellille.*

# **ORDER**

**GÓMEZ, J.**

On April 25, 2019, a grand jury returned a Fourth Superseding Indictment in this matter. In general, the Fourth Superseding Indictment lays out a vast and wide-ranging criminal conspiracy that is alleged to have involved multiple armed robberies and multiple drug trafficking operations along with various murders, attempted murders, and assaults in furtherance of those endeavors. In sum, the Fourth Superseding Indictment charges the eleven defendants in this matter with forty-seven criminal counts.

"The scope of the district court's discretion to manage trials before it is and must be particularly broad. . . . District courts have wide-ranging control over management of their dockets, the courtroom procedures, and the admission of evidence." *United States v. Janati*, 374 F.3d 263, 273 (4th Cir. 2004). For example, "district courts have discretion to require separate trials for criminal defendants charged in a single indictment." *Janati*, 374 F.3d at 273. Such discretion in managing trials allows district courts to ensure the effective administration of the criminal justice system. *See, e.g., United States v. Higgs*, 713 F.2d 39, 44 n.6 (3d Cir. 1983) (noting that, while the "government is not automatically required to

*United States v. Girard, et al.*
Criminal No. 2018-30
Order
Page 4

make [pretrial] disclosure [of the names of its cooperating witnesses], the district court, within its discretion, may order such disclosure to ensure the effective administration of the criminal justice system").

Moreover, Federal Rule of Criminal Procedure 18 requires that the court set the place of trial "with due regard for the convenience of the defendant, any victim, and the witnesses, and the prompt administration of justice." *See* Fed. R. Crim. P. 18. Significantly, Federal Rule of Criminal Procedure 2 provides that the federal rules of criminal procedure should be interpreted "to provide for the just determination of every criminal proceeding, to secure simplicity in procedure and fairness in administration, and to eliminate unjustifiable expense and delay." *See* Fed. R. Crim. P. 2. Having reviewed the Fourth Superseding Indictment and the entire record in this matter, the Court finds that it is appropriate to sever this case in the interest of simplicity, fairness, the prompt administration of criminal justice, and judicial economy. Consequently, the Court will sever the defendants in this matter into two groups for trial. The first group shall be comprised of Etherneal Simon, Wayne Bellille, Shermyra Gumbs, and Wahilli James. The second group shall be comprised of Paul Girard,

*United States v. Girard, et al.*
Criminal No. 2018-30
Order
Page 5

Shaquan Prentice, Robert Brown, Shaquielle Correa, Tyler Eugene, Kareem Harry, and James Cruz.

The premises considered, it is hereby

**ORDERED** that a jury trial in this matter is hereby **SCHEDULED** to commence promptly at 9:00 a.m. on December 9, 2019 as to the following defendants: Etherneal Simon, Wayne Bellille, Shermyra Gumbs, and Wahilli James; it is further

**ORDERED** that a jury trial in this matter is hereby **SCHEDULED** to commence promptly at 9:00 a.m. on January 13, 2020 as to the following defendants: Paul Girard, Shaquan Prentice, Robert Brown, Shaquielle Correa, Tyler Eugene, Kareem Harry, and James Cruz; and it is further

**ORDERED** that Bellille's motion to sever, ECF No. 508, is **MOOT**.

S\_____
**Curtis V. Gómez**
**District Judge**