DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 2018-30 |
| ) | |
| PAUL GIRARD, SHAQUAN PRENTICE, ) | |
| ROBERT BROWN, WAHILLI JAMES, ) | |
| SHAQUIELLE CORREA, JAMES CRUZ, ) | |
| KAREEM HARRY, TYLER EUGENE, ) | |
| ETHERNEAL SIMON, SHERMYRA GUMBS, ) | |
| WAYNE BELLILLE, ) | |
| ) | |
| Defendants. ) | |

**ATTORNEYS:**

**Gretchen C.F. Shappert, United States Attorney**
**Alessandra Parisi Serano, AUSA**
**Meredith Jean Edwards, AUSA**
**Juan Albino, AUSA**
United States Attorney's Office
St. Thomas, U.S.V.I.
      *For the United States of America,*

**Ryan W. Greene**
St. Thomas, U.S.V.I.
      *For Paul Girard,*

**Adriane J. Dudley**
**Malorie Diaz**
Dudley Rich Davis LLP
St. Thomas, U.S.V.I.
      *For Shaquan Prentice,*

**Renee Marie Andre**
Law Offices of Marjorie Rawls-Roberts PC
St. Thomas, U.S.V.I.
      *For Robert Brown,*

*United States v. Girard, et al.*
Criminal No. 2018-30
Order
Page 2

**Alex Omar Rosa-Ambert**
Rosa-Ambert Law Offices
San Juan, PR
    *For Wahilli James,*

**Jason Gonzalez-Delgado**
Hato Rey, PR
    *For Shaquielle Correa,*

**Miguel Oppenheimer**
San Juan, PR
    *For James Cruz,*

**Kye Walker**
St. Croix, U.S.V.I.
**Frantz J. McLawrence**
The McLawrence Law Firm
Fort Lauderdale, Fl
    *For Kareem Harry,*

**Richard F. Farrelly**
Law Offices of Birch DeJongh & Hindels PLLC
St. Thomas, U.S.V.I.
    *For Tyler Eugene,*

**Richard H. Dollison**
**Michall Joseph LaRochell**
Law Offices of Richard H. Dollison PC
St. Thomas, U.S.V.I.
    *For Etherneal Simon,*

**Kendys Pimentel-Soto**
Kendys Pimentel-Soto Law Office LLC
San Juan, PR
    *For Shermyra Gumbs,*

**Alexander Golubitsky**
Alex Golubitsky P.C.
St. Thomas, U.S.V.I.
    *For Wayne Bellille.*

*United States v. Girard, et al.*
Criminal No. 2018-30
Order
Page 3

## ORDER

**GÓMEZ, J.**

    This case commenced on September 13, 2018, when the Grand Jury returned a seven-count indictment against three defendants. Since then, the Grand Jury has returned several superseding indictments that added additional defendants and charges. The most recent indictment charges eleven defendants with 47 counts.

    The Court has continued the trial on multiple occasions. On January 28, 2020, the Court rescheduled the trial to commence on May 18, 2020.

    On February 4, 2020, at an off-the-record status conference in chambers, the United States and various defense counsel expressed a desire to continue the trial to a date in June, 2020.

    Later that day, the United States filed a motion on the docket requesting a continuance of the trial date to a date on or after June 1, 2020. In that motion, the United States recounted that, at the status conference earlier that day, several defense counsel had concurred with its desire to continue the trial to June, 2020.

    On February 14, 2020, the Court entered an order requiring the United States to file a notice advising the Court whether or not each defendant in this case concurs with the request of the United States to continue the trial to June, 2020.

*United States v. Girard, et al.*
Criminal No. 2018-30
Order
Page 4

On February 21, 2020, the United States filed a notice in response to the Court's February 14, 2020, order. In that notice, the United States informed the Court that Paul Girard, Wahilli James, Shaquielle Correa, James Cruz, Kareem Harry, Shermyra Gumbs[1], and Tyler Eugene have no objection to the request to continue the trial date. Additionally, the United States informed the Court that Shaquan Prentice and Wayne Bellille take no position on the motion to continue the trial date.

The premises considered, it is hereby

**ORDERED** that the jury trial in this matter previously scheduled for May 18, 2020, is hereby **RESCHEDULED** to commence promptly at 9:00 A.M. on June 1, 2020, in St. Thomas Courtroom 1.

S\_____
**Curtis V. Gómez**
**District Judge**

---

[1] On February 10, 2020, Gumbs filed a motion to continue the trial date to June 1, 2020, or a date thereafter.